IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 28 2010
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number 10-M-6147-CJP |
| ) | |
| NICHOLAS A. SMIRNOW ) | |
| a/k/a Nicoloy Smirnow, ) | |
| Alexander Judizcev, ) | |
| Nicholas Kachura, and Jeff Prozorowiczm, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the application of the United States of America to designate the within case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C.§3771. The government has represented that there are thousands of victims of the purported fraud charged in the complaint and that formal compliance with all of the provisions of the Act would be impracticable.

Pursuant to 18 U.S.C. §3771(d)(2), the Court finds that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in Section 3771(a). The Court therefore orders that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met by the establishment of an Internet web page that can be accessed by the public. The Court determines that such a procedure would give effect to the Act but will not unduly complicate or prolong the proceedings.

**IT IS SO ORDERED.**

Dated: May 28, 2010

CLIFFORD J. PROUD
United States Magistrate Judge